UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **IN RE SCIENTIFIC-ATLANTA, INC.** | ) | |
| **SECURITIES LITIGATION** | ) | Misc. No. 06-0435 (ESH) |
| | ) | |
| | ) | |

## ORDER

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** that this matter is referred to Magistrate Judge Alan Kay for determination of the Motion of Scientific-Atlanta, Inc., James F. McDonald, and Wallace G. Haislip to Quash or Modify Subpoena Served on the Securities and Exchange Commission or, in the Alternative, for Protective Order. On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge Alan Kay following the case number in the caption.

**SO ORDERED.**

                                                                                                                                           s/
                                          ELLEN SEGAL HUVELLE
                                          United States District Judge

Date: September 29, 2006

Copies to:

Magistrate Judge Alan Kay