UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SCIENTIFIC-ATLANTA, INC. ) <br> SECURITIES LITIGATION ) ) ) | Misc. No. 06-0435 (ESH) |

### CONSENT MOTION
### TO EXTEND THE DEADLINE FOR REPLY BRIEF TO THE MOTION TO QUASH OR MODIFY SUBPOENA SERVED ON THE SECURITIES AND EXCHANGE COMMISSION OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

Because of technical issues regarding service by mail, the parties hereby jointly move for an extension of five business days for the deadline for the filing of the S-A Defendants' reply brief in support of their Motion to Quash.

The parties respectfully request that the Court order that deadline for filing of the S-A Defendants' reply brief in support of their Motion to Quash is extended, and the reply is to be filed on or before October 27, 2006. A proposed Order is submitted contemporaneously herewith.

JOINTLY SUBMITTED BY:

_____
Tracy D. Rezvani
DC Bar No. 464293
**FINKELSTEIN, THOMPSON & LOUGRAN**
The Duvall Foundry
1050 30th Street NW
Washington, DC 20007

**CHITWOOD HARLEY HARNES, LLP**
Craig G. Harley
Meryl W. Edelstein
1230 Peachtree Street
2300 Promenade II
Atlanta, GA 30309
Tel: (404) 873-3900
Fax: (404) 876-4476

**KELLER ROHRBACK, LLP**
Lynn L. Sarko
Juli Farris
Elizabeth A. Leland
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

*Co-Lead Counsel for Plaintiffs*

- 3 -



Robert N. Driscoll
DC Bar No. 486451

**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004-1404
Tel.: (202) 756-3300
Fax: (202) 756-3333

Oscar N. Persons
GA Bar No. 573500
Susan E. Hurd
GA Bar No. 379628
Kelly C. Wilcove
GA Bar No. 185682

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE SCIENTIFIC-ATLANTA, INC. ) Misc. No. 06-0435 (ESH)
SECURITIES LITIGATION )

### [PROPOSED] ORDER
### TO EXTEND THE DEADLINE FOR REPLY BRIEF TO THE MOTION TO QUASH OR MODIFY SUBPOENA SERVED ON THE SECURITIES AND EXCHANGE COMMISSION OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER

WHEREAS, because of technical issues regarding service by mail, the parties have jointly moved for an extension of five business days for the deadline for the filing of the S-A Defendants' reply brief in support of their Motion to Quash;

IT IS HEREBY ORDERED as follows:

1. The S-A Defendants' reply brief in support of their Motion to Quash shall be filed on or before October 27, 2006.

\* \* \*

SO ORDERED

DATED: _____

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

LEGAL01/13022949v1

- 2 -

# APPENDIX OF NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER

Pursuant to Local Rule 7(k), the following attorneys are entitled to be notified of the entry of this proposed order:

>Tracy D. Rezvani
>DC Bar No. 464293
>Finkelstein, Thompson & Lougran
>The Duvall Foundry
>1050 30th Street NW
>Washington, DC 20007
>
>Meryl W. Edelstein
>Chitwood Harley Harnes LLP
>2300 Promenade II
>1230 Peachtree Street NE
>Atlanta, GA 30309
>
>Juli Farris
>Keller Rohrback LLP
>1201 Third Avenue, Suite 3200
>Seattle, WA 98101
>
>Robert N. Driscoll
>DC Bar No. 486451
>Alston & Bird LLP
>950 F Street NW
>Washington, DC 20004-1404
>Tel.: (202) 756-3300
>Fax: (202) 756-3333